168 So. 906

**Ethel KILLINGSWORTH v. STATE.**

6 Div. 920.

Court of Appeals of Alabama.
May 12, 1936.

SAMFORD, Judge.
Appeal dismissed.

168 So. 906

**Earnest KIMBRELL v. STATE.**

6 Div. 921.

Court of Appeals of Alabama.
May 12, 1936.

RICE, Judge.
Appeal dismissed.

173 So. 921

**J. William KIMBROUGH v. STATE.**

8 Div. 490.

Court of Appeals of Alabama.
Jan. 26, 1937.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 902

**Alfred KING v. STATE.**

8 Div. 517.

Court of Appeals of Alabama.
May 25, 1937.

SAMFORD, Judge.
Affirmed.

165 So. 919

**Lester KING v. STATE.**

7 Div. 178.

Court of Appeals of Alabama.
Jan. 7, 1936.

Chas. J. Scott, of Fort Payne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

174 So. 902

**Theo KIZZIAH v. STATE.**

6 Div. 106.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Affirmed.

175 So. 922

**George KNIGHT and Doy Knight v. STATE.**

7 Div. 313.

Court of Appeals of Alabama.
June 8, 1937.

RICE, Judge.
Affirmed.